THE STATE EX REL. SEARS ROEBUCK & COMPANY, APPELLANT,
*v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Sears Roebuck & Co. v. Indus. Comm.*, 117 Ohio St.3d 539, 2008-Ohio-1733.]

(No. 2007–0642—Submitted March 25, 2008—Decided April 16, 2008.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Reminger & Reminger Co., L.P.A., and Ronald A. Fresco, for appellant.

Marc Dann, Attorney General, and William R. Creedon, Assistant Attorney General, for appellee Industrial Commission of Ohio.

Philip J. Fulton Law Office, Philip J. Fulton, and William A. Thorman III, for appellee Sue Moenter.